**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**ALAN B. STONE,**                                                                   Case No.  18-14164-KHK

    Debtor.                                                                                Chapter No. 7

**BRANCH BANKING & TRUST COMPANY,**

    Plaintiff,

v.

**ALAN B. STONE**
**and KEVIN R. McCARTHY, Trustee,**

    Defendants.

## AFFIDAVIT SERVICEMEMBERS CIVIL RELIEF ACT

    I, Deborah S. Kirkpatrick, the Affiant herein, do hereby depose and say under oath that:

    1.    I am counsel for the Plaintiff in the above captioned matter and have personal knowledge of the facts set forth in this Affidavit.

    2.    On December 13, 2018, the Debtor filed the instant petition.

    3.    A Department of Defense Manpower Data search was conducted on the Debtor to determine if he is in the military service.  A Copy of the search is attached hereto.

    4.    To the best of Affiant's knowledge, information and belief, the Debtor is not in the military service, as required by 50 U.S.C. app. §521, nor is he an infant or incompetent.

Under penalty of perjury, I declare the information in this Affidavit is true to the best of my knowledge.

/s/ Deborah S. Kirkpatrick
Deborah Kirkpatrick

Deborah Kirkpatrick, Esq.
VSB# 32987
Deborah Kirkpatrick, P.C.
P.O. Box 10275
Virginia Beach, VA 23450
Ph: (757) 233-0281
Email: debbie@kirkpatrickpc.com

**COMMONWEALTH OF VIRGINIA**
**CITY OF VIRGINIA BEACH**

The foregoing Affidavit was sworn to and acknowledged before this date, March 6, 2019 by Deborah S. Kirkpatrick, Esquire, counsel for Branch Banking & Trust Company.

/s/ Kim L.C. Howard
Notary Public
Commonwealth of Virginia
Reg. #319965
My Commission Expires: 6/30/2020